# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:19−cv−01875−RGA

| | |
|---|---|
| NXP USA, Inc. et al v. Impinj, Inc. | Date Filed: 10/04/2019 |
| Assigned to: Judge Richard G. Andrews | Date Terminated: 10/07/2020 |
| Cause: 35:1 Patent Infringement | Jury Demand: Plaintiff |
| | Nature of Suit: 830 Patent |
| | Jurisdiction: Federal Question |

**Plaintiff**

**NXP USA, Inc.**  represented by  **Kelly E. Farnan**
Richards, Layton & Finger, PA
One Rodney Square
Suite 600
920 N. King Street
Wilmington, DE 19801
(302) 651−7705
Email: farnan@rlf.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David L. Witcoff**
Email: dlwitcoff@jonesday.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**NXP B.V.**  represented by  **Kelly E. Farnan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David L. Witcoff**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Impinj, Inc.**  represented by  **Andrew Colin Mayo**
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19801
302−654−1888
Email: amayo@ashbygeddes.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven J. Balick**
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19801
(302) 654–1888
Fax: (302) 654–2067
Email: sbalick@ashbygeddes.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/04/2019 | ï 1 | COMPLAINT filed with Jury Demand against Impinj, Inc. – Magistrate Consent Notice to Pltf. ( Filing fee $ 400, receipt number 0311–2748060.) – filed by NXP USA, Inc., NXP B.V.. (Attachments: # 1 Exhibit A–H, # 2 Civil Cover Sheet)(mal) (Entered: 10/07/2019) |
| 10/04/2019 | ï 2 | Notice, Consent and Referral forms re: U.S. Magistrate Judge jurisdiction. (mal) (Entered: 10/07/2019) |
| 10/04/2019 | ï 3 | Report to the Commissioner of Patents and Trademarks for Patent/Trademark Number(s): See Attachment. (mal) (Entered: 10/07/2019) |
| 10/04/2019 | ï 4 | Disclosure Statement pursuant to Rule 7.1: identifying Corporate Parent NXP Semiconductors N.V. for NXP B.V., NXP USA, Inc. filed by NXP B.V., NXP USA, Inc.. (mal) (Entered: 10/07/2019) |
| 10/07/2019 | ï | Summons Issued with Magistrate Consent Notice attached as to Impinj, Inc. on 10/7/2019. Requesting party or attorney should pick up issued summons at the Help Desk, Room 4209, or call 302–573–6170 and ask the Clerk to mail the summons to them. (mal) (Entered: 10/07/2019) |
| 10/07/2019 | ï 5 | Return of Service Executed by NXP USA, Inc., NXP B.V.. Impinj, Inc. served on 10/7/2019, answer due 10/28/2019. (Farnan, Kelly) (Entered: 10/07/2019) |
| 10/09/2019 | ï | Case Assigned to Judge Richard G. Andrews. Please include the initials of the Judge (RGA) after the case number on all documents filed. (rjb) (Entered: 10/09/2019) |
| 10/10/2019 | ï 6 | MOTION for Pro Hac Vice Appearance of Attorney David L. Witcoff – filed by NXP B.V., NXP USA, Inc.. (Farnan, Kelly) (Entered: 10/10/2019) |
| 10/10/2019 | ï | SO ORDERED, re 6 MOTION for Pro Hac Vice Appearance of Attorney David L. Witcoff, filed by NXP B.V., NXP USA, Inc.. Signed by Judge Richard G. Andrews on 10/10/2019. (nms) (Entered: 10/10/2019) |
| 10/28/2019 | ï 7 | STIPULATION TO EXTEND TIME to Respond to the Complaint to November 27, 2019 – filed by Impinj, Inc.. (Balick, Steven) (Entered: 10/28/2019) |
| 10/29/2019 | ï | SO ORDERED, re 7 STIPULATION TO EXTEND TIME to Respond to the Complaint to November 27, 2019 (*Reset Answer Deadlines: Impinj, Inc. answer due 11/27/2019). Signed by Judge Richard G. Andrews on 10/29/2019. (nms) (Entered: 10/29/2019) |
| 10/30/2019 | ï | Pro Hac Vice Attorney David L. Witcoff for NXP B.V. and NXP USA, Inc. added for |

| | | |
|---|---|---|
| | | electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (kmd) (Entered: 10/30/2019) |
| 11/25/2019 | Ï 8 | STIPULATION and Proposed Order, by Impinj, Inc.. (Balick, Steven) Modified on 11/25/2019 (nms). (Entered: 11/25/2019) |
| 11/25/2019 | Ï | SO ORDERED, re 8 Stipulation and Proposed Order (*Reset Answer Deadlines: Impinj, Inc. answer due 12/12/2019). Signed by Judge Richard G. Andrews on 11/25/2019. (nms) (Entered: 11/25/2019) |
| 11/25/2019 | Ï 9 | MOTION to Transfer Case to Western District of Washington – filed by Impinj, Inc.. (Attachments: # 1 Text of Proposed Order)(Balick, Steven) (Entered: 11/25/2019) |
| 11/25/2019 | Ï 10 | OPENING BRIEF in Support re 9 MOTION to Transfer Case to Western District of Washington filed by Impinj, Inc..Answering Brief/Response due date per Local Rules is 12/9/2019. (Balick, Steven) (Entered: 11/25/2019) |
| 11/25/2019 | Ï 11 | DECLARATION of Yukio Morikubo re 10 Opening Brief in Support, by Impinj, Inc.. (Balick, Steven) Modified on 11/26/2019 (nms). (Entered: 11/25/2019) |
| 11/25/2019 | Ï 12 | DECLARATION of Ramsey M. Al–Salam re 10 Opening Brief in Support, by Impinj, Inc.. (Attachments: # 1 Exhibits 1–4)(Balick, Steven) Modified on 11/26/2019 (nms). (Entered: 11/25/2019) |
| 12/06/2019 | Ï 13 | STIPULATION TO EXTEND TIME for the briefing on Defendant's Motion to Transfer Venue to the Western District of Washington Under 28 U.S.C. Section 1404(a) to December 19, 2019 for Plaintiffs' Answering Brief and to January 2, 2020 for Defendant's Reply Brief – filed by NXP B.V., NXP USA, Inc.. (Farnan, Kelly) (Entered: 12/06/2019) |
| 12/10/2019 | Ï | SO ORDERED, re 13 STIPULATION TO EXTEND TIME (*Reset Briefing Schedule: re 9 MOTION to Transfer Case to Western District of Washington. Answering Brief due 12/19/2019, Reply Brief due 1/2/2020). Signed by Judge Richard G. Andrews on 12/9/2019. (nms) (Entered: 12/10/2019) |
| 12/12/2019 | Ï 14 | ANSWER to 1 Complaint with Jury Demand by Impinj, Inc..(Mayo, Andrew) (Entered: 12/12/2019) |
| 12/13/2019 | Ï 15 | Disclosure Statement pursuant to Rule 7.1: No Parents or Affiliates Listed filed by Impinj, Inc.. (Mayo, Andrew) (Entered: 12/13/2019) |
| 12/19/2019 | Ï 16 | ANSWERING BRIEF in Opposition re 9 MOTION to Transfer Case to Western District of Washington filed by NXP B.V., NXP USA, Inc..Reply Brief due date per Local Rules is 12/26/2019. (Farnan, Kelly) (Entered: 12/19/2019) |
| 12/19/2019 | Ï 17 | DECLARATION of David L. Witcoff re 16 Answering Brief in Opposition, by NXP B.V., NXP USA, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O)(Farnan, Kelly) Modified on 12/20/2019 (nms). (Entered: 12/19/2019) |
| 12/19/2019 | Ï 18 | DECLARATION of Peter M. Roossien re 16 Answering Brief in Opposition, by NXP B.V., NXP USA, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Farnan, Kelly) Modified on 12/20/2019 (nms). (Entered: 12/19/2019) |
| 01/02/2020 | Ï 19 | REPLY BRIEF re 9 MOTION to Transfer Case to Western District of Washington filed by Impinj, Inc.. (Balick, Steven) (Entered: 01/02/2020) |

| | | |
|---|---|---|
| 01/02/2020 | Ï 20 | DECLARATION of Ramsey M. Al–Salam re 19 Reply Brief, by Impinj, Inc.. (Attachments: # 1 Exhibits 1–4)(Balick, Steven) Modified on 1/3/2020 (nms). (Entered: 01/02/2020) |
| 01/02/2020 | Ï 21 | DECLARATION of Yukio Morikubo re 19 Reply Brief, by Impinj, Inc.. (Balick, Steven) Modified on 1/3/2020 (nms). (Entered: 01/02/2020) |
| 01/29/2020 | Ï 22 | Letter to The Honorable Richard G. Andrews from Kelly E. Farnan regarding Request Rule 16 Scheduling Conference. (Farnan, Kelly) (Entered: 01/29/2020) |
| 02/06/2020 | Ï 23 | ORAL ORDER: A hearing on the Motion to Transfer Case to Western District of Washington (D.I. 9 ) is now set for 2/13/2020, at 4:00 PM in Courtroom 6A. Ordered by Judge Richard G. Andrews on 2/6/2020. (nms) (Entered: 02/06/2020) |
| 02/13/2020 | Ï 24 | ORAL ORDER: The Motion Hearing set for today, 2/13/2020, will now start at 1:00 PM in Courtroom 6A. Ordered by Judge Richard G. Andrews on 2/13/2020. (nms) (Entered: 02/13/2020) |
| 02/13/2020 | Ï | Minute Entry for proceedings held before Judge Richard G. Andrews – Motion Hearing held on 2/13/2020 re 9 MOTION to Transfer Case to Western District of Washington. Local counsel present for plaintiff: S. Fineman. Local counsel present for defendant: S. Balick. (Court Reporter Patrick O'Hare, Wilcox & Fetzer.) (crb) (Entered: 02/13/2020) |
| 02/20/2020 | Ï 25 | Letter to The Honorable Richard G. Andrews from Steven J. Balick regarding Impinj's Supplemental Submission in Support of its Motion to Transfer (D.I. 9). (Attachments: # 1 Exhibit A–E)(Balick, Steven) (Entered: 02/20/2020) |
| 02/20/2020 | Ï 26 | Letter to The Honorable Richard G. Andrews from Valerie Caras regarding NXP's Supplemental Submission Opposing Impinj's Motion to Transfer. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Caras, Valerie) (Entered: 02/20/2020) |
| 03/20/2020 | Ï 27 | NOTICE OF SERVICE of Defendant Impinj, Inc.'s First Set of Requests for Production of Documents to Plaintiffs (Nos. 1 – 43) filed by Impinj, Inc..(Mayo, Andrew) (Entered: 03/20/2020) |
| 03/26/2020 | Ï 28 | NOTICE OF SERVICE of Plaintiffs' First Set of Requests for the Production of Documents to Impinj, Inc. (Nos. 1–53) filed by NXP B.V., NXP USA, Inc..(Farnan, Kelly) (Entered: 03/26/2020) |
| 04/10/2020 | Ï 29 | NOTICE OF SERVICE of Second Set of Requests for the Production of Documents to Impinj (Nos. 54–59) filed by NXP B.V., NXP USA, Inc..(Farnan, Kelly) (Entered: 04/10/2020) |
| 04/20/2020 | Ï 30 | NOTICE OF SERVICE of Plaintiffs' Responses and Objections to Defendant Impinj, Inc.'s First Set of Requests for the Production of Documents (Nos. 1–43) filed by NXP B.V., NXP USA, Inc..(Farnan, Kelly) (Entered: 04/20/2020) |
| 04/27/2020 | Ï 31 | NOTICE OF SERVICE of Defendant's Response to Plaintiffs' First and Second Sets of Requests for Production of Documents (Nos. 1–59) filed by Impinj, Inc..(Mayo, Andrew) (Entered: 04/27/2020) |
| 04/30/2020 | Ï 32 | NOTICE OF SERVICE of Plaintiffs' Initial Disclosures filed by NXP B.V., NXP USA, Inc..(Farnan, Kelly) (Entered: 04/30/2020) |
| 05/05/2020 | Ï 33 | Letter to The Honorable Richard G. Andrews, from Kelly E. Farnan, regarding corrected Roossien Declaration. (Farnan, Kelly) Modified on 5/5/2020 (nms). |

| | | |
|---|---|---|
| | | (Entered: 05/05/2020) |
| 05/05/2020 | Ï 34 | Corrected DECLARATION of Peter M. Roossien re 33 Letter, by NXP B.V., NXP USA, Inc.. (Attachments: # 1 Exhibits A−C)(Farnan, Kelly) Modified on 5/5/2020 (nms). (Entered: 05/05/2020) |
| 05/28/2020 | Ï 35 | Letter to The Honorable Richard G. Andrews from Kelly E. Farnan regarding a request that the Court set a Scheduling Conference. (Farnan, Kelly) (Entered: 05/28/2020) |
| 07/15/2020 | Ï 36 | NOTICE OF SERVICE of (1) Plaintiffs' First Set of Interrogatories to Impinj (No. 1) and (2) Plaintiffs' Third Set of Requests for the Production of Documents to Impinj (No. 60) filed by NXP B.V., NXP USA, Inc..(Farnan, Kelly) (Entered: 07/15/2020) |
| 08/14/2020 | Ï 37 | NOTICE OF SERVICE of Defendant's Response to Plaintiffs' First Set of Interrogatories (No. 1) and Defendant's Response to Plaintiffs' Third Set of Requests for Production of Documents (No. 60) filed by Impinj, Inc..(Mayo, Andrew) (Entered: 08/14/2020) |
| 09/23/2020 | Ï 38 | MEMORANDUM. Signed by Judge Richard G. Andrews on 9/23/2020. (nms) (Entered: 09/23/2020) |
| 09/23/2020 | Ï 39 | ORDER: The motion to transfer (D.I. 9 ) is GRANTED. The above−captioned case is TRANSFERRED to the United States District Court for the Western District of Washington. Signed by Judge Richard G. Andrews on 9/23/2020. (nms) (Entered: 09/23/2020) |
| 10/07/2020 | Ï | Case transferred to the United States District Court for the Western District of Washington. (nms) (Entered: 10/07/2020) |