UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NXP USA INC et al.,<br><br>Plaintiff (s),<br>v.<br><br>IMPINJ INC ,<br><br>Defendant (s). | CASE NO.<br>2:20−cv−01503−RSM−MAT<br><br>MINUTE ORDER REASSIGNING CASE |

This action has been assigned to the Honorable Ricardo S. Martinez, United States District Judge. All future documents filed in this case must bear the cause number 2:20−cv−01503−RSM−MAT and bear the Judge's name in the upper right hand corner of the document.

It appearing from the files and records herein that this is an appropriate matter to refer to a full−time United States Magistrate Judge for the purposes hereinafter set forth, pursuant to Local Rule MJR 6 and Amended General Order 02−19, now therefore,

IT IS ORDERED that the above entitled action be referred to the Honorable Mary Alice Theiler, who is directed and empowered to conduct hearings and make

1  any further necessary orders consistent with the Local Rules and the instructions of
2  the District Judge to whom the case is assigned.
3
4  DATED October 21, 2020

                                       William M. McCool
5                                         Clerk of Court

6                                         By:  /s/ Kadya M Peter
                                              Deputy Clerk
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26