

United States District Court
Western District of Washington

| | |
|---|---|
| NXP USA, Inc. and NXP, B.V.  <br>Plaintiff(s) | Case Number: 2:20-cv-01503-RSM-MAT <br><br> APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE |
| V. | |
| Impinj, Inc.  <br>Defendant(s) | |

Pursuant to LCR 83.1(d) of the United States District Court for the Western District of Washington, David L. Witcoff hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

NXP USA, Inc. and NXP, B.V.

The particular need for my appearance and participation is:

Lead Counsel

I, David L. Witcoff understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 10/20/2020         Signature of Applicant: s/ David L. Witcoff

**Pro Hac Vice Attorney**

Applicant's Name: David L. Witcoff
Law Firm Name: Jones Day
Street Address 1: 77 West Wacker Drive
Address Line 2: Suite 3500
City: Chicago   State: IL   Zip: 60601
Phone Number w/ Area Code: 312.269.4259   Bar #: 6183629   State: IL
Primary E-mail Address: dlwitcoff@JonesDay.com
*(Primary E-Mail address must be for the Pro Hac attorney and not any subordinate or staff member)*
Secondary E-mail Address: edoehring@jonesday.com

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant David L. Witcoff is unable to be present upon any date assigned by the court.

Date: 11/09/2020   Signature of Local Counsel: s/ Tyler L. Farmer

Local Counsel's Name: Tyler L. Farmer
Law Firm Name: Harrigan Leyh Farmer & Thomsen LLP
Street Address 1: 999 3rd Ave., Suite 4400
Address Line 2:
City: Seattle   State: WA   Zip: 98104
Phone Number w/ Area Code: (206) 623-1700   Bar #: 39912



# Electronic Case Filing Agreement

By submitting this form, the undersigned understands and agrees to the following:

1. The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2. The PACER password combined with your login, serves as your signature under Federal Rule of Civil Procedure 11 and 5(d)(3)(C). Therefore, you are responsible for protecting and securing this password against unauthorized use.

3. If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the court. Court staff will assess the risk and advise accordingly.

4. By signing this Registration Form, **you consent to receive notice electronically and waive your right to receive notice by personal service or first-class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), except with regard to service of a complaint and summons.** This provision does include electronic notice of the entry of an order or judgment.

5. You will continue to access court information via the Western District of Washington's internet site or through the Public Access to Court Electronic Records (PACER) system. After January 27, 2020, a PACER login and password, will be required to electronically file. You can register for PACER access at their web site: www.pacer.gov.

6. By completion of this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

Date Signed  10/20/20   Signature  s/ David L. Witcoff
*(Pro Hac Vice applicant name)*