UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NXP USA INC., et al.,

          Plaintiffs,

  v.

IMPINJ INC.,

          Defendant.

Case No. C20-1503-RSM-SKV

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

The Court herein STRIKES the date assigned for the Markman hearing in this matter and all other deadlines set forth in the February 25, 2021 scheduling order, Dkt. 83.  A new scheduling order will be issued following reassignment of this matter to a different judge.  Judge Vaughan will, in the interim, continue to address discovery-related motions and any other matters deemed appropriate for consideration pending the reassignment.

Dated this 17th day of September, 2021.

                                            Ravi Subramanian
                                            Clerk of Court

                                            By: Kadya Peter
                                               Deputy Clerk

MINUTE ORDER - 1