UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NXP USA, INC., and NXP B.V.,<br><br>    Plaintiffs,<br><br> v.<br><br>IMPINJ, INC.,<br><br>    Defendant. | NO. C20-1503-RSM-SKV<br><br>[PROPOSED] ORDER GRANTING MOTION TO SEAL<br><br>NOTE ON MOTION CALENDAR:<br>March 18, 2022 |

THIS MATTER came before the Court on Plaintiffs' Motion to Seal Certain Documents Associated with Its Motion For Leave To Amend Infringement Contentions. The Court, having considered the papers offered in support of the unopposed motion, *see* Dkts. 162, 165-67, and being fully advised, hereby ORDERS that Plaintiffs NXP USA, Inc. and NXP B.V.'s Motion to Seal, Dkt. 161, is GRANTED. The following documents shall remain under seal: Exhibits 1-13 to the Declaration of T. Kaitlin Crowder in Support of NXP's Unopposed Motion to Amend Infringement Contentions, Dkt. 165.

DATED this 16th day of March, 2022.

*[signature: Kate Vaughan]*

S. KATE VAUGHAN
United States Magistrate Judge

[PROPOSED] ORDER GRANTING
MOTION TO SEAL- 1
(Case No. C20-1503-RSM-SKV)

LAW OFFICES
HARRIGAN LEYH FARMER & THOMSEN LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717