UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NXP USA, INC., and NXP B.V., <br><br> Plaintiffs, <br><br> v. <br><br> IMPINJ, INC., <br><br> Defendant. | NO. C20-1503-RSM-SKV <br><br> [PROPOSED] ORDER GRANTING NXP'S UNOPPOSED MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS <br><br> NOTE ON MOTION CALENDAR: March 3, 2022 |

THIS MATTER came before the Court on Plaintiffs' Unopposed Motion For Leave To Amend Infringement Contentions. The Court, having considered the papers offered in support of the motion, and being fully advised, hereby ORDERS that Plaintiffs NXP USA, Inc. and NXP B.V.'s Unopposed Motion For Leave To Amend Infringement Contentions, Dkt. 163, is GRANTED.

DATED this 16th day of March, 2022.

*S. Kate Vaughan*

S. KATE VAUGHAN
United States Magistrate Judge

[PROPOSED] ORDER GRANTING
NXP'S UNOPPOSED MOTION FOR LEAVE TO
AMEND INFRINGEMENT CONTENTIONS- 1
(Case No. C20-1503-RSM-SKV)

LAW OFFICES
HARRIGAN LEYH FARMER & THOMSEN LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717