UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NXP USA, INC., and NXP B.V., <br><br> Plaintiffs, <br><br> v. <br><br> IMPINJ, INC., <br><br> Defendant. | Case No. C20-1503-RSM-SKV <br><br> ORDER TERMINATING REFERRAL TO MAGISTRATE JUDGE |

Upon review of the file in this matter, the Court finds cause to terminate the referral of this matter to Magistrate Judge Vaughan. All future documents filed in this case must bear cause numbers ending in "RSM" and must bear the undersigned Judge's name in the upper right-hand corner of the document. The name of the Magistrate Judge to whom this case was originally referred should not appear on any future documents filed with the court. Please make the necessary corrections to your records reflecting these changes.

DATED this 16th day of March, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER TERMINATING REFERRAL TO MAGISTRATE JUDGE - 1