UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NXP USA, INC., and NXP B.V., <br><br> Plaintiffs, <br><br> v. <br><br> IMPINJ, INC., <br><br> Defendant. | CASE NO. 2:20-cv-01503-JHC <br><br> ORDER |

This matter comes before the Court on Defendant Impinj, Inc.'s Motion for Leave to Brief Additional Claim Terms for Construction. Dkt. # 146. Plaintiffs NXP USA, Inc. and NXP B.V. oppose the motion. Dkt. # 151, 153. Having reviewed the filings related to the motion, the Court GRANTS Defendant's Motion in part. Defendants are permitted to brief the following three claim terms from U.S. Patent No. 7,257,092 for claim construction:

- "processing means (10, 11) for processing specific useful data (n×UDB)";
- "output means (40, 34, 32, 25) for outputting to the communication station (1) specific useful data (n×UDB)"; and
- "output means (40, 34, 32) for outputting specific useful data (n×UDB), included in the data carrier circuit (28) after the specific useful data's (n×UDB) storage, to the communication station."

The Court agrees with Plaintiffs that construction of these additional terms should follow a hearing on the matter. The Court DENIES Defendant's Motion as it relates to the claim term,

ORDER - 1

"voltage-limiting means that are arranged to limit the raising of the voltage value of the control signal," from U.S. Patent No. 7,374,097.  The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 7th day of July, 2022.

*[signature: John H. Chun]*

John H. Chun
United States District Judge

ORDER - 2