THE HONORABLE JOHN H. CHUN

1

2

3

4

5

6

7

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NXP USA, INC., and NXP B.V., | Case No. 2:20-cv-01503-JHC |
| Plaintiffs, | STIPULATED MOTION AND ORDER TO SEAL |
| v. | |
| IMPINJ, INC., | **NOTE ON MOTION CALENDAR: JULY 8, 2022** |
| Defendant. | |

## I.     INTRODUCTION

Plaintiffs NXP USA, Inc. and NXP B.V. (together, "NXP") and Defendant Impinj, Inc. ("Impinj") jointly move the Court to maintain under seal the unredacted version of Impinj's Motion for Leave to File Amended Answer, filed on June 21, 2022 at docket 179, pursuant to Local Civil Rule 5(g).

## II.     BACKGROUND

On June 21, 2022, Impinj filed a Motion for Leave to File Amended Answer.  Dkt. 179.  In that filing, Impinj included certain information NXP considers to be, and designated under the Protective Order (Dkt. 77) as, confidential, specifically the dollar amount of a paid licensing fee. *See* Dkt. 179 at p. 9.  NXP notified Impinj of the issue as soon as NXP became aware of it, at

STIPULATED MOTION AND ORDER TO SEAL - 1
(Case No. 2:20-cv-01503-JHC)

1  which point Impinj requested by phone that the Court seal the filing at docket 179.  The Court

2  provisionally sealed the filing on June 27, 2022 and also directed Impinj to file a redacted version

3  of the Motion for Leave to File Amended Answer.  June 27, 2022 Notice of Docket Text

4  Modification.  On June 29, 2022, Impinj filed a redacted version of the Motion for Leave to File

5  Amended Answer.  Dkt. 183.  The parties believe that the minimal redactions on page 5 of the

6  Motion for Leave to File Amended Answer (only two words) protect against the disclosure of

7  confidential information without interfering with the public's access to judicial records, and

8  request that the Court keep the unredacted version of Impinj's Motion for Leave to File Amended

9  Answer under seal.

### III.  CERTIFICATION

11  In accordance with Local Civil Rule 5(g)(3)(A), Kaitlin Crowder (for NXP) and Ramsey

12  Al-Salam (for Impinj) engaged in email discussions on June 27, 2022 regarding Impinj's filing at

13  docket 179, and agreed that Impinj immediately would request that the Court seal that filing

14  because it includes confidential commercial information.  At the Court's direction, Impinj then

15  filed with the Court a public version of the Motion for Leave to File Amended Answer containing

16  only minimal redactions.  Dkt. 183 (redacting two words).  On July 7, 2022, counsel for NXP and

17  Impinj engaged in additional discussions relating to the present stipulated motion.

### IV.     ARGUMENT

**A.     The "Good Cause" Standard Applies to NXP's Request for the Filing at Docket 179 to Remain Sealed.**

21  The standard for determining whether to seal a document depends "on whether the motion

22  at issues is more than tangentially related to the underlying cause of action."  *Ctr. for Auto Safety*

23  *v. Chrysler Grp.*, 809 F.3d 1092, 1098 (9th Cir. 2016).  If the records at issue are more than

24  tangentially related to the merits of a case, the "compelling reasons" standard applies to the motion

25

STIPULATED MOTION AND ORDER TO SEAL - 2
(Case No. 2:20-cv-01503-JHC)

HARRIGAN LEYH FARMER & THOMSEN LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700 FAX (206) 623-8717

1   to seal.  *Id.* at 1098-1102.  But if the records are only tangentially related to the merits, the less

2   exacting "good cause" standard applies.  *Id.*

3       Because the information NXP seeks to maintain under seal (a dollar amount) is not related

4   to the merits NXP needs only to show "good cause" to maintain Impinj's unredacted motion under

5   seal.

6   **B.    The Parties Agree that Good Cause Exists for the Filing at Docket 179 to Remain
7          Sealed and for a Version with only Limited Redactions to be Publicly Filed.**

8       Federal courts consistently recognize that the risk of disclosure of confidential and

9   commercially sensitive information satisfies the more exacting "compelling reasons" standard and

10  have permitted the filing under seal of documents containing such information.  *See, e.g.*, *In re*

11  *Elec. Arts, Inc.*, 298 F. App'x 568, 569-70 (9th Cir. 2008) (holding it was error not to seal

12  "confidential and commercially sensitive information," including pricing terms, royalty rates, and

13  guaranteed minimum payment terms in a licensing agreement); *O'Donnell/Salvatori Inc. v.*

14  *Microsoft Corp.*, No. C20-882-MLP, 2020 WL 3962132, at *3 (W.D. Wash. July 13, 2020)

15  (sealing material which "appears to be confidential and commercially sensitive"); *see also* Fed. R.

16  Civ. P. 26(c)(1)(G) (trial court has broad discretion to permit sealing of court documents to protect

17  "a trade secret or other confidential research, development, or commercial information").  This is

18  because "[e]very court has supervisory power over its own records and files" and thus an

19  obligation "to insure that its records are not used . . . as sources of business information that might

20  harm a litigant's competitive standing."  *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598

21  (1978).  Where the material sought to be sealed "includes information about proprietary business

22  operations, a company's business model or agreements with clients, there are compelling reasons

23  to seal the material" which "outweigh[] the general public interest in understanding the judicial

24  process."  *Selling Source, LLC v. Red River Ventures, LLC*, No. 2:09-cv-01491, 2011 WL

25  1630338, at *6 (D. Nev. Apr. 29, 2011).

STIPULATED MOTION AND ORDER TO SEAL - 3
(Case No. 2:20-cv-01503-JHC)

1    Here, the parties agree that good cause exists for Impinj's unredacted Motion for Leave to

2    File Amended Answer (Dkt. 179) to remain sealed.  The unredacted motion discloses confidential

3    commercial information relating to the price paid for certain of NXP's licensing agreements.  This

4    information is not generally known to NXP's current and potential licensing partners, and NXP

5    will suffer significant injury to its competitive standing if it is disclosed, including potentially

6    diminished future negotiating power.  *See Fed. Trade Comm'n v. Amazon.com, Inc.*, No. C14-

7    1038-JCC, 2016 WL 4162440, at *1 (W.D. Wash. Mar. 22, 2016) (sealing information regarding

8    Amazon's refund rates, which were deemed sensitive commercial information).  Further, because

9    Impinj's Motion for Leave to File Amended Answer already has been filed, there is no less

10   restrictive alternative to protect NXP from competitive harm other than to maintain Impinj's

11   unredacted motion at docket 179 under seal.  A version of the motion with limited redactions

12   already has been publicly filed.

13                              IV.  CONCLUSION

14   For the foregoing reasons, NXP and Impinj respectfully request that this Court maintain

15   under seal the unredacted version of Impinj's Motion for Leave to File Amended Answer, filed on

16   June 21, 2022 at docket 179.

17

18

19

20

21

22

23

24

25

HARRIGAN LEYH FARMER & THOMSEN LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700 FAX (206) 623-8717

1    DATED this 8th day of July, 2022.

2    PERKINS COIE LLP                          HARRIGAN LEYH FARMER & THOMSEN LLP

3    By: _s/Ramsey M. Al-Salam_____     By: _s/Tyler L. Farmer_____
     By: _s/Christina J. McCullough_____    By: _s/Bryn R. Pallesen_____
4    By: _s/Stevan R. Stark_____        Tyler L. Farmer, WSBA #39912
     By: _s/R. Tyler Kendrick_____        Bryn R. Pallesen, WSBA #57714
5        Ramsey M. Al-Salam, WSBA                   999 Third Avenue, Suite 4400
6        #18822                                     Seattle, WA 98104
         Christina J. McCullough, WSBA              Tel:  (206) 623-1700
7        #47147                                     Fax:  (206) 623-8717
         Stevan R. Stark, WSBA #39639               Email: tylerf@harriganleyh.com
8        R. Tyler Kendrick, WSBA #55094             Email: brynp@harriganleyh.com
         1201 Third Avenue, Suite 4900
9        Seattle, WA  98101-3099                 JONES DAY
         Tel: 206.359.6385
10       Fax: 206.359.9000                          Thomas W. Ritchie (*admitted pro hac vice*)
         Email:  RAlSalam@perkinscoie.com           77 West Wacker Drive
11       Email:                                     Chicago, IL 60601-1692
12       CMcCullough@perkinscoie.com                Tel:  (312) 269-4259
         Email: SStark@perkinscoie.com              Email:  twritchie@jonesday.com
13       Email: RKendrick@perkinscoie.com

14                                                  T. Kaitlin Crowder (*admitted pro hac vice*)
                                                    901 Lakeside Ave
15   By: _s/Brianna L. Kadjo_____         Cleveland, OH 44114
         Brianna L. Kadjo, CO #55578                Tel:  (216) 586-7347
16       1900 16th Street, Suite 1400               Email:  kcrowder@jonesday.com
         Denver, CO 80202
17       Tel: (303) 291-2349                        Michael C. Hendershot (*admitted pro hac*
         Email: bkadjo@perkinscoie.com              *vice*)
18                                                  Tharan Greg Lanier (*admitted pro hac vice*)
     *Attorneys for Impinj, Inc.*                   1755 Embarcadero Road
19                                                  Palo Alto, CA 94303
                                                    Tel:  (650) 739-3940
20                                                  Email:  mhendershot@jonesday.com
                                                    Email: tglanier@jonesday.com
21
                                                    Yury Kalish (*admitted pro hac vice*)
22                                                  Tracy A. Stitt (*admitted pro hac vice*)
                                                    51 Louisiana Avenue, N.W.
23                                                  Washington D.C. 20001
                                                    Tel:  (202) 879-3616
24                                                  Email:  ykalish@jonesday.com
                                                    Email:  tastitt@jonesday.com
25

STIPULATED MOTION AND ORDER TO SEAL - 5
(Case No. 2:20-cv-01503-JHC)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Jonathan McNeal Smith
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071
Tel: (213) 243-2559
Email: jonathansmith@jonesday.com

*Attorneys for NXP USA, Inc. and NXP B.V.*

STIPULATED MOTION AND ORDER TO SEAL - 6
(Case No. 2:20-cv-01503-JHC)

1

**ORDER**

2          Based on the foregoing Stipulated Motion, the Court orders the clerk to maintain under seal

3  the unredacted version of Impinj's Motion for Leave to File Amended Answer, filed on June 21,

4  2022 at docket 179.

5          IT IS SO ORDERED

6          DATED this 8th day of July, 2022.

7

8  _____
   THE HONORABLE JOHN H. CHUN

9  UNITED STATES DISTRICT COURT JUDGE

10

11  Presented by:

12  HARRIGAN LEYH FARMER & THOMSEN LLP

13  By: _s/Tyler L. Farmer_____
    By: _s/Bryn R. Pallesen_____

14      Tyler L. Farmer, WSBA #39912
        Bryn R. Pallesen, WSBA #57714

15      999 Third Avenue, Suite 4400
        Seattle, WA 98104

16      Tel:   (206) 623-1700
        Fax:   (206) 623-8717

17      Email: tylerf@harriganleyh.com
        Email: brynp@harriganleyh.com

18

19  JONES DAY

20      Thomas W. Ritchie (*admitted pro hac vice*)
        77 West Wacker Drive

21      Chicago, IL 60601-1692
        Tel:  (312) 269-4259

22      Email:  twritchie@jonesday.com

23      T. Kaitlin Crowder (*admitted pro hac vice*)

24      901 Lakeside Ave
        Cleveland, OH 44114

25      Tel:  (216) 586-7347
        Email:  kcrowder@jonesday.com

STIPULATED MOTION AND ORDER TO SEAL - 7
(Case No. 2:20-cv-01503-JHC)

1 | Michael C. Hendershot (*admitted pro hac vice*)
Tharan Greg Lanier (*admitted pro hac vice*)
2 | 1755 Embarcadero Road
Palo Alto, CA 94303
3 | Tel:  (650) 739-3940
Email:  mhendershot@jonesday.com
4 | Email: tglanier@jonesday.com

5
Yury Kalish (*admitted pro hac vice*)
6 | Tracy A. Stitt (*admitted pro hac vice*)
51 Louisiana Avenue, N.W.
7 | Washington D.C. 20001
Tel:  (202) 879-3616
8 | Email:  ykalish@jonesday.com
Email:  tastitt@jonesday.com
9

10 | Jonathan McNeal Smith
555 South Flower Street, Fiftieth Floor
11 | Los Angeles, CA 90071
Tel: (213) 243-2559
12 | Email: jonathansmith@jonesday.com

13 | *Attorneys for NXP USA, Inc. and NXP B.V.*

14 | PERKINS COIE LLP

15 | By: *s/Ramsey M. Al-Salam*
By: *s/Christina J. McCullough*
16 | By: *s/Stevan R. Stark*
By: *s/R. Tyler Kendrick*
17 | Ramsey M. Al-Salam, WSBA #18822
Christina J. McCullough, WSBA #47147
18 | Stevan R. Stark, WSBA #39639
R. Tyler Kendrick, WSBA #55094
19 | 1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
20 | Tel: 206.359.6385
Fax: 206.359.9000
21 | Email:  RAlSalam@perkinscoie.com
Email:  CMcCullough@perkinscoie.com
22 | Email:  SStark@perkinscoie.com
Email:  RKendrick@perkinscoie.com
23
24
25

STIPULATED MOTION AND ORDER TO SEAL - 8
(Case No. 2:20-cv-01503-JHC)

HARRIGAN LEYH FARMER & THOMSEN LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700 FAX (206) 623-8717

1

By: *s/Brianna L. Kadjo*
    Brianna L. Kadjo, CO #55578

2

    1900 16th Street, Suite 1400
    Denver, CO 80202

3

    Tel: (303) 291-2349

4

    Email:  bkadjo@perkinscoie.com

5

*Attorneys for Impinj, Inc.*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATED MOTION AND ORDER TO SEAL - 9
(Case No. 2:20-cv-01503-JHC)