HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NXP USA INC. and NXP B.V., <br><br> Plaintiffs, <br><br> v. <br><br> IMPINJ, INC., <br><br> Defendant. | NO. 2:20-cv-01503-JHC <br><br> STIPULATED MOTION AND ORDER TO EXTEND CERTAIN DEADLINES <br><br> **NOTE ON MOTION CALENDAR:** <br> **August 30, 2022** |

In accordance with Local Civil Rule 16(b) and the Court's direction during the August 24, 2022 telephonic hearing, the parties jointly submit the following proposed case schedule for the Court's consideration. The proposed dates followed by an asterisk remain unchanged from the dates set in the Court's Minute Order Setting Trial Date and Related Dates (Dkt. 178) or the Court's direction given at the August 24 hearing.

| Calendar Event | Current Date | Proposed Date |
|---|---|---|
| NXP's supplemental response to Impinj's summary judgment motion due | | September 22, 2022 |
| Impinj's supplemental reply in support of summary judgment motion due | | September 29, 2022 |

STIPULATED MOTION AND ORDER TO EXTEND
CERTAIN DEADLINES - 1
(Case No. 2:20-cv-01503-JHC)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

| Hearing on claim construction and summary judgment motion | October 4, 2022 | October 4, 2022* |
|---|---|---|
| Target date for ruling on summary judgment and claim construction | November 4, 2022 | November 4, 2022* |
| Opening expert reports due | September 20, 2022 | November 30, 2022 |
| Rebuttal expert reports due | October 28, 2022 | December 22, 2022 |
| Discovery completed by | November 11, 2022 | January 13, 2023 |
| All dispositive motions and motions challenging expert witness testimony must be filed by | December 6, 2022 | January 27, 2023 |
| Settlement Conference | January 6, 2023 | March 6, 2023 |
| Motions in Limine | March 10, 2023 | March 10, 2023* |
| Pretrial Order | March 23, 2023 | March 23, 2023* |
| Pretrial Conference | March 27, 2023 | March 27, 2023* |
| Trial briefs, proposed voir dire questions and jury instructions | April 3, 2023 | April 3, 2023* |
| Jury Trial | April 10, 2023 | April 10, 2023* |

STIPULATED MOTION AND ORDER TO EXTEND
CERTAIN DEADLINES - 2
(Case No. 2:20-cv-01503-JHC)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

DATED this 30th day of August, 2022.

| PERKINS COIE LLP | HARRIGAN LEYH FARMER & THOMSEN LLP |
|---|---|
| By: *s/Ramsey M. Al-Salam*<br>By: *s/Christina J. McCullough*<br>By: *s/Stevan R. Stark*<br>By: *s/R. Tyler Kendrick*<br>Ramsey M. Al-Salam, WSBA #18822<br>Christina J. McCullough, WSBA #47147<br>Stevan R. Stark, WSBA #39639<br>R. Tyler Kendrick, WSBA #55094<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Tel: 206.359.6385<br>Fax: 206.359.9000<br>Email: RAlSalam@perkinscoie.com<br>Email: CMcCullough@perkinscoie.com<br>Email: SStark@perkinscoie.com<br>Email: RKendrick@perkinscoie.com | By: *s/Tyler L. Farmer*<br>By: *s/Bryn R. Pallesen*<br>Tyler L. Farmer, WSBA #39912<br>Bryn R. Pallesen, WSBA #57714<br>999 Third Avenue, Suite 4400<br>Seattle, WA 98104<br>Tel: (206) 623-1700<br>Fax: (206) 623-8717<br>Email: tylerf@harriganleyh.com<br>Email: brynp@harriganleyh.com |
| By: *s/Brianna L. Kadjo*<br>Brianna L. Kadjo, CO #55578<br>1900 16th Street, Suite 1400<br>Denver, CO 80202<br>Tel: (303) 291-2349<br>Email: bkadjo@perkinscoie.com<br><br>*Attorneys for Impinj, Inc.* | JONES DAY<br><br>Thomas W. Ritchie (*admitted pro hac vice*)<br>Timothy J. Heverin (*admitted pro hac vice*)<br>77 West Wacker Drive<br>Chicago, IL 60601-1692<br>Tel: (312) 269-4259<br>Email: twritchie@jonesday.com<br>Email: tjheverin@jonesday.com<br><br>T. Kaitlin Crowder (*admitted pro hac vice*)<br>901 Lakeside Ave<br>Cleveland, OH 44114<br>Tel: (216) 586-7347<br>Email: kcrowder@jonesday.com<br><br>Michael C. Hendershot (*admitted pro hac vice*)<br>Tharan Greg Lanier (*admitted pro hac vice*)<br>1755 Embarcadero Road<br>Palo Alto, CA 94303<br>Tel: (650) 739-3940<br>Email: mhendershot@jonesday.com<br>Email: tglanier@jonesday.com<br><br>Yury Kalish (*admitted pro hac vice*)<br>Tracy A. Stitt (*admitted pro hac vice*)<br>51 Louisiana Avenue, N.W.<br>Washington D.C. 20001<br>Tel: (202) 879-3616<br>Email: ykalish@jonesday.com |

STIPULATED MOTION AND ORDER TO EXTEND CERTAIN DEADLINES - 3
(Case No. 2:20-cv-01503-JHC)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

1
2     Email: tastitt@jonesday.com
3
      Jonathan McNeal Smith
4     555 South Flower Street, Fiftieth Floor
      Los Angeles, CA 90071
5     Tel: (213) 243-2559
      E: jonathansmith@jonesday.com
6
      *Attorneys for NXP USA, Inc. and NXP B.V.*
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIPULATED MOTION AND ORDER TO EXTEND
CERTAIN DEADLINES - 4
(Case No. 2:20-cv-01503-JHC)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

# ORDER

Based on the foregoing stipulated motion, the Court amends the case schedule as follows:

| Calendar Event | Current Date | New Date |
| --- | --- | --- |
| NXP's supplemental response to Impinj's summary judgment motion due | | **September 22, 2022** |
| Impinj's supplemental reply in support of summary judgment motion due | | **September 29, 2022** |
| Hearing on claim construction and summary judgment motion | October 4, 2022 | **October 4, 2022 at 9:00 a.m.** |
| Target date for ruling on summary judgment and claim construction | November 4, 2022 | **November 4, 2022** |
| Opening expert reports due | September 20, 2022 | **November 23, 2022** |
| Rebuttal expert reports due | October 28, 2022 | **December 8, 2022** |
| All motions related to discovery must be filed by | September 28, 2022 | **December 15, 2022** |
| Discovery completed by | November 11, 2022 | **December 30, 2022** |
| All dispositive motions and motions challenging expert witness testimony must be filed by | December 6, 2022 | **January 12, 2023** |
| Settlement Conference | January 6, 2023 | **March 6, 2023** |
| Motions in Limine | March 10, 2023 | **March 10, 2023** |

STIPULATED MOTION AND ORDER TO EXTEND
CERTAIN DEADLINES - 5
(Case No. 2:20-cv-01503-JHC)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

| Pretrial Order | March 23, 2023 | **March 23, 2023** |
|---|---|---|
| Pretrial Conference | March 27, 2023 | **March 27, 2023** |
| Trial briefs, proposed voir dire questions and jury instructions | April 3, 2023 | **April 3, 2023** |
| Jury Trial | April 10, 2023 | **April 10, 2023** |

IT IS SO ORDERED.

DATED this 30th day of August, 2022.

_____
THE HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT COURT JUDGE

Presented by:

HARRIGAN LEYH FARMER & THOMSEN LLP

By: *s/Tyler L. Farmer*
By: *s/Bryn R. Pallesen*
   Tyler L. Farmer, WSBA #39912
   Bryn R. Pallesen, WSBA #57714
   999 Third Avenue, Suite 4400
   Seattle, WA 98104
   Tel:  (206) 623-1700
   Fax:  (206) 623-8717
   Email: tylerf@harriganleyh.com
   Email: brynp@harriganleyh.com

JONES DAY

   Thomas W. Ritchie (*admitted pro hac vice*)
   Timothy J. Heverin (*admitted pro hac vice*)
   77 West Wacker Drive
   Chicago, IL 60601-1692
   Tel:  (312) 269-4259
   Email:  twritchie@jonesday.com

STIPULATED MOTION AND ORDER TO EXTEND
CERTAIN DEADLINES - 6
(Case No. 2:20-cv-01503-JHC)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

1   Email: tjheverin@jonesday.com

2   T. Kaitlin Crowder (*admitted pro hac vice*)
    901 Lakeside Ave
3   Cleveland, OH 44114
    Tel: (216) 586-7347
4   Email: kcrowder@jonesday.com

5   Michael C. Hendershot (*admitted pro hac vice*)
    Tharan Greg Lanier (*admitted pro hac vice*)
6   1755 Embarcadero Road
    Palo Alto, CA 94303
7   Tel: (650) 739-3940
    Email: mhendershot@jonesday.com
8   Email: tglanier@jonesday.com
    Yury Kalish (*admitted pro hac vice*)
9   Tracy A. Stitt (*admitted pro hac vice*)
    51 Louisiana Avenue, N.W.
10  Washington D.C. 20001
    Tel: (202) 879-3616
11  Email: ykalish@jonesday.com
    Email: tastitt@jonesday.com
12
13
14  Jonathan McNeal Smith
    555 South Flower Street, Fiftieth Floor
15  Los Angeles, CA 90071
    Tel: (213) 243-2559
16  E: jonathansmith@jonesday.com

17  *Attorneys for NXP USA, Inc. and NXP B.V.*

18  PERKINS COIE LLP

19
    By: *s/Ramsey M. Al-Salam*
20  By: *s/Christina J. McCullough*
    By: *s/Stevan R. Stark*
21  By: *s/R. Tyler Kendrick*
22      Ramsey M. Al-Salam, WSBA #18822
        Christina J. McCullough, WSBA #47147
23      Stevan R. Stark, WSBA #39639
        R. Tyler Kendrick, WSBA #55094
24      1201 Third Avenue, Suite 4900
25      Seattle, WA 98101-3099
        Tel: 206.359.6385
26      Fax: 206.359.9000
        Email: RAlSalam@perkinscoie.com

STIPULATED MOTION AND ORDER TO EXTEND
CERTAIN DEADLINES - 7
(Case No. 2:20-cv-01503-JHC)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

Case 2:20-cv-01503-JHC   Document 204   Filed 08/30/22   Page 8 of 8

1  Email:  CMcCullough@perkinscoie.com
2  Email:  SStark@perkinscoie.com
   Email:  RKendrick@perkinscoie.com
3

4  By: *s/Brianna L. Kadjo*
   Brianna L. Kadjo, CO #55578
5  1900 16th Street, Suite 1400
   Denver, CO 80202
6  Tel: (303) 291-2349
   Email:  bkadjo@perkinscoie.com
7

8  *Attorneys for Impinj, Inc.*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION AND ORDER TO EXTEND
CERTAIN DEADLINES - 8
(Case No. 2:20-cv-01503-JHC)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717