UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NXP USA, INC., and NXP B.V., <br><br> Plaintiffs, <br><br> v. <br><br> IMPINJ, INC., <br><br> Defendant. | CASE NO. 2:20-cv-01503-JHC <br><br> ORDER GRANTING MOTIONS TO SEAL CERTAIN DOCUMENTS ASSOCIATED WITH SUPPLEMENTAL PARTIAL SUMMARY JUDGMENT BRIEFS |

Each side has submitted a motion to seal certain documents associated with their respective supplemental briefs on Defendant's motion for partial summary judgment. *See* Dkt. # 212 (Plaintiffs' motion to seal); Dkt. # 231 (Defendant's motion to seal). The motions are unopposed.[1] *See* Dkt. # 225 (Defendant's response to Plaintiffs' motion); Dkt. # 240 (Plaintiffs' response to Defendant's motion).

Having considered each motion, the supporting documents submitted in connection therewith, and good cause appearing, the Court GRANTS both motions. *See* Dkt. # 212; Dkt. # 231.

---

[1] Defendant does not believe that two documents identified in Plaintiffs' motion need to be sealed, but Defendant does not indicate that it opposes the motion as to those two documents. Dkt. # 225 at 4.

Dated this 12th day of October, 2022.

John H. Chun
United States District Judge