| | |
|---|---|
| | THE HONORABLE JOHN H. CHUN |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NXP USA, INC. and NXP B.V.,<br><br>         Plaintiff,<br><br>    v.<br><br>IMPINJ, INC.,<br><br>         Defendant. | No. 2:20-cv-01503-JHC<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO SEAL CERTAIN DOCUMENTS ASSOCIATED WITH ITS MOTION TO AMEND INVALIDITY CONTENTIONS FOR U.S. PATENT NO. 7,795,951** |

This matter came before the Court on Defendant's Motion to Seal Certain Documents Associated with its Motion to Amend Invalidity Contentions for U.S. Patent No. 7,795,951 (the "Motion to Seal"). The motion is unopposed. Having considered Defendant's Motion to Seal and all papers filed in support thereof and being fully advised in the matter, it is hereby:

ORDERED that the Motion to Seal is GRANTED, and the Clerk is ordered to file the following under seal:

- Exhibit 1 to the Declaration of Ramsey Al-Salam in Support of Defendant's Motion to Amend Invalidity Contentions for U.S. Patent No. 7,795,951.

//
//
//

ORDER
(No. 2:20-cv-01503-JHC) – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206-359-8000
Fax: 206-359-4000

159307563.1

IT IS HEREBY SO ORDERED this 5th day of December, 2022.

*[signature: John H. Chun]*

John H. Chun
United States District Judge

Presented by:

*/s/ Ramsey M. Al-Salam*
Ramsey M. Al-Salam, WSBA No. 18822
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: RAlsalam@perkinscoie.com

**Attorneys for Defendant Impinj, Inc.**

ORDER
(No. 2:20-cv-01503-JHC) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206-359-8000
Fax: 206-359-4000

159307563.1