THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NXP USA, INC. and NXP B.V.,<br><br>          Plaintiffs,<br><br>   v.<br><br>IMPINJ, INC.,<br><br>          Defendant. | No. 2:20-cv-01503-JHC<br><br>**JOINT MOTION TO ENTER SOURCE CODE STIPULATION**<br><br>NOTE FOR MOTION CALENDAR:<br>JANUARY 9, 2023 |

MOTION TO ENTER STIPULATION
(No. 2:20-cv-01503-JHC)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

Pursuant to Local Rules 7(d)(1) and 10(g), Plaintiffs NXP USA, Inc. and NXP B.V. (collectively "NXP") and Defendant Impinj, Inc. ("Impinj") respectfully request that the Court enter an order adopting the parties' Stipulation Regarding Impinj, Inc.'s Circuit Schematics and Source Code, attached hereto as Exhibit A.

MOTION TO ENTER STIPULATION
(No. 2:20-cv-01503-JHC) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

| | |
|---|---|
| DATED:  January 9, 2023 | By:  /s/ R. Tyler Kendrick<br>Ramsey M. Al-Salam, WSBA No. 18822<br>Christina J. McCullough WSBA No. 47147<br>Stevan R. Stark, WSBA No. 39639<br>R. Tyler Kendrick, WSBA No. 55094<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Telephone: 206.359.8000<br>Facsimile: 206.359.9000<br>Email: RAlsalam@perkinscoie.com<br>Email: CMcCullough@perkinscoie.com<br>Email: SStark@perkinscoie.com<br>Email: RKendrick@perkinscoie.com<br><br>***Attorneys for Defendant Impinj, Inc.*** |

HARRIGAN LEYH FARMER & THOMSEN LLP

By: *s/Tyler L. Farmer*
By: *s/Chelsey L. Mam*
    Tyler L. Farmer, WSBA #39912
    Chelsey L. Mam, WSBA #44609
    999 Third Avenue, Suite 4400
    Seattle, WA 98104
    Tel:   (206) 623-1700
    Fax:   (206) 623-8717
    Email: tylerf@harriganleyh.com
    Email: chelseym@harriganleyh.com

JONES DAY

    Thomas W. Ritchie (*pro hac vice*)
    Timothy J. Heverin (*pro hac vice*)
    77 West Wacker Drive
    Chicago, IL 60601-1692
    Tel:   (312) 269-4259
    Email:  twritchie@jonesday.com
    Email:  tjheverin@jonesday.com

    T. Kaitlin Crowder (*pro hac vice*)

MOTION TO ENTER STIPULATION
(No. 2:20-cv-01503-JHC) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1
2   901 Lakeside Ave
    Cleveland, OH 44114
3   Tel:  (216) 586-7347
    Email:  kcrowder@jonesday.com

4   Michael C. Hendershot (*pro hac vice*)
    Tharan Greg Lanier (*pro hac vice*)
5   1755 Embarcadero Road
    Palo Alto, CA 94303
6   Tel:  (650) 739-3940
    Email:  mhendershot@jonesday.com
7   Email: tglanier@jonesday.com

8
    Yury Kalish (*pro hac vice*)
9   Tracy A. Stitt (*pro hac vice*)
    51 Louisiana Avenue, N.W.
10  Washington D.C. 20001
    Tel:  (202) 879-3616
11  Email:  ykalish@jonesday.com
    Email:  tastitt@jonesday.com
12

13  Jonathan McNeal Smith (*pro hac vice*)
    555 South Flower Street, Fiftieth Floor
14  Los Angeles, CA 90071
    Tel: (213) 243-2559
15  E: jonathansmith@jonesday.com

16
    H. Albert Liou (*pro hac vice*)
17  717 Texas Suite 3300
    Houston, TX 77022
18  Tel: (832) 239-3939
    E: aliou@jonesday.com
19

20  Lisa L. Furby (*pro hac vice*)
    110 N Wacker, Suite 4800
21  Chicago, IL 60606
    Tel: (312) 269-1525
22  E: lfurby@jonesday.com

23  ***Attorneys for NXP USA, Inc. and NXP B.V.***

24

25

26

MOTION TO ENTER STIPULATION
(No. 2:20-cv-01503-JHC) – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1   PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

2   DATED: January 9, 2023

_____
Hon. John H. Chun
United States District Court Judge

(No. 2:20-cv-01503-JHC) –1

**Perkins Coie LLP**
1201 Third Avenue, 49th Floor
Seattle, WA  98101
Phone: 206.359.8000
Fax:  206.359.9000

# EXHIBIT A

HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NXP USA, INC., and NXP B.V.,<br><br>            Plaintiffs,<br><br>   v.<br><br>IMPINJ, INC.,<br><br>            Defendant. | NO.  2:20-cv-01503-JHC<br><br>STIPULATION REGARDING IMPINJ, INC.'S CIRCUIT SCHEMATICS AND SOURCE CODE |

Defendant Impinj, Inc. ("Impinj") stipulates as follows:

1. Impinj produced circuit schematics in a document titled ▇▇▇▇▇▇▇▇.pdf that bears bates numbers IMPINJ_NXP_WDTEX_00006191 to IMPINJ_NXP_WDTEX_00006515. This document represents the circuitry contained in the M730 and M750 products.

2. Impinj produced circuit schematics in a document titled ▇▇▇▇▇▇▇▇.pdf that bears bates numbers IMPINJ_NXP_WDTEX_00006038 to IMPINJ_NXP_WDTEX_00006190. This document represents the circuitry contained in the Monza 4D, Monza 4E, Monza 4I, Monza 4QT, Monza 4E Dura, and Monza 4QT Dura products.

3. Impinj produced circuit schematics in a document titled ▇▇▇▇▇▇▇▇.pdf that bears bates numbers IMPINJ_NXP_WDTEX_00004538 to IMPINJ_NXP_WDTEX_00004732. This document represents the circuitry contained in the Monza-X-8K product.

4. Impinj produced circuit schematics in a document titled ▇▇▇▇▇▇▇▇.pdf that bears bates numbers IMPINJ_NXP_WDTEX_00004733 to IMPINJ_NXP_WDTEX_00004921. This document represents the circuitry contained in the Monza X-2K product.

5. Impinj produced circuit schematics in a document titled ▇▇▇▇▇▇▇▇.pdf that bears bates numbers IMPINJ_NXP_WDTEX_00005392 to IMPINJ_NXP_WDTEX_00005625. This document represents the circuitry contained in the Monza R6-A, Monza R6-B, Monza R6-P and Monza S6-C products.

6. Impinj produced circuit schematics in a document titled ▇▇▇▇▇▇▇▇.pdf that bears bates numbers IMPINJ_NXP_WDTEX_00005626 to IMPINJ_NXP_WDTEX_00006037. This document represents the circuitry contained in the Monza 5 product.

7. Impinj produced circuit schematics in a document titled ▇▇▇▇▇▇▇▇.pdf that

bears bates numbers IMPINJ_NXP_WDTEX_00004922 to IMPINJ_NXP_WDTEX_00005391.  This document represents the circuitry contained in the Monza R6 product.

8. Impinj produced Verilog code in a directory named \Monza4_verilog\.  The code in this directory correlates to each of the Monza 4D, Monza 4E, Monza 4I, Monza 4QT, Monza 4E Dura, Monza 4QT Dura products.

9. Impinj produced Verilog code in a directory named \Monza5_verilog\.  The code in this directory correlates to the Monza 5 product.

10. Impinj produced Verilog code in a directory named \MonzaR6_verilog\.  The code in this directory correlates to each of the Monza R6, Monza R6-A, and Monza R6-B products.

11. Impinj produced Verilog code in a directory named \MonzaR6P_verilog\.  The code in this directory correlates to each if the Monza R6-P and S6-C products.

12. Impinj produced Verilog code in a directory named \MonzaX2K_verilog\.  The code in this directory correlates to the Monza X-2K product.

13. Impinj produced Verilog code in a directory named \MonzaX8K_verilog\.  The code in this directory correlates to the Monza X-8K product.

14. Impinj produced Verilog code in a directory named \M730_M750_verilog\.  The code in this directory correlates to each of the M730 and M750 products.

15. Impinj produced source code in a directory named \Impinj_Speedway_R700_Restricted\.  This directory contains subdirectories named \r700\ and \speedway\.  The code in the \r700\ subdirectory correlates to the R700 product.  The code in the \speedway\ subdirectory correlates to each of the Speedway R420, Speedway R220 and Speedway R120 products.  The code contained within the \Impinj_Speedway_R700_Restricted\ directory that is not in the \r700\ or \speedway\ subdirectories is common to the R700, Speedway R420, Speedway R220, and Speedway R120 products.

STIPULATION REGARDING IMPINJ, INC.'S
CIRCUIT SCHEMATICS AND SOURCE CODE. - 2
(Case No. 2:20-cv-01503-JHC )

16. Impinj produced source code in directories named \FastID\ex10_bundle_v1.02.00\, \FastID\ex10_bundle_v1.02.00_w_utils\, ▬▬▬▬▬▬▬, and ▬▬▬▬▬▬▬. The code in these directories correlates to each of the E310, E510, E710, and E910 products.

17. Impinj produced source code in a directory named \FastID\Indy Development Kit\. The code in this directory correlates to each of the Indy RS500, Indy RS1000, and Indy RS2000 products.

18. Impinj produced source code in a directory named \IndyMAC\. The code in this directory correlates to each of the Indy R500, Indy R1000, and Indy R2000 products.

19. Impinj produced source code in a directory named \Gateway Products\. The code in this directory correlates to each of the xArray, xSpan, and xPortal products.

STIPULATION REGARDING IMPINJ, INC.'S
CIRCUIT SCHEMATICS AND SOURCE CODE. - 3
(Case No. 2:20-cv-01503-JHC )

1 | DATED this 15th day of November, 2022.

PERKINS COIE LLP

By: */s/ R. Tyler Kendrick*
Ramsey M. Al-Salam, WSBA #18822
Christina J. McCullough, WSBA #47147
Stevan R. Stark, WSBA #39639
R. Tyler Kendrick, WSBA #55094
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Tel: 206.359.6385
Fax: 206.359.9000
Email:  RAlSalam@perkinscoie.com
Email:  CMcCullough@perkinscoie.com
Email:  SStark@perkinscoie.com
Email:  RKendrick@perkinscoie.com

*Attorneys for Impinj, Inc.*