THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NXP USA, INC. and NXP B.V.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>IMPINJ, INC.,<br><br>　　　　　Defendant. | No. 2:20-cv-01503-JHC<br><br>ORDER GRANTING DEFENDANT'S MOTION TO SEAL CERTAIN INFORMATION CONCERNING THE STIPULATION REGARDING IMPINJ, INC.'S CIRCUIT SCHEMATICS AND SOURCE CODE |

This matter comes before the Court on Defendant's Motion to Seal Certain Information Concerning the Stipulation Regarding Impinj, Inc.'s Circuit Schematics and Source Coder (the "Motion to Seal"). *See* Dkt. # 269. Plaintiffs NXP USA, Inc. and NXP B.V. (collectively, "Plaintiffs") do not object to the sealing of the Stipulation. Having considered Defendant's Motion to Seal and all papers filed in support thereof and being fully advised in the matter, it is hereby:

ORDERED that the Motion to Seal is GRANTED, and the Clerk is ordered to file the following under seal:

- Stipulation Regarding Impinj, Inc.'s Circuit Schematics and Source Code

ORDER – 1

1     IT IS HEREBY SO ORDERED this 27th day of January, 2023.

_John H. Chun_

Judge John H. Chun
United States District Judge

ORDER – 2