1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NXP USA, INC. and NXP B.V.,

                    Plaintiffs,

          v.

IMPINJ, INC.,

                    Defendant.

No. 2:20-cv-01503-JHC

**ORDER GRANTING IMPINJ'S
MOTION TO SEAL CERTAIN
DOCUMENTS ASSOCIATED WITH ITS
MOTIONS FOR SUMMARY
JUDGMENT AND TO EXCLUDE**

     This matter comes before the Court on Impinj's Motion to Seal Certain Documents Associated with its Motions for Summary Judgment and to Exclude. *See* Dkt. # 288 (Impinj's motion); *see also* Dkt. # 300 (NXP's response). The parties largely agree as to the material to be sealed (or at least do not oppose the other party's request).

     The Court GRANTS Impinj's motion to seal.[1] Dkt. # 288. The Court believes that the documents to be sealed have been appropriately designated as such on the docket. If the parties want the Court to take any additional action, they may file a concise joint statement like that requested in the Court's recent order. *See* Dkt. # 302. If not, the parties do not need to file a joint statement in response to this order.

---

[1] However, the Court may modify this order as necessary.

ORDER GRANTING IMPINJ'S
MOTION TO SEAL – 1

1    Dated this 30th day of January, 2023.

2

3    _____
     Judge John H. Chun
4    United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING IMPINJ'S
MOTION TO SEAL – 2