UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NXP USA, INC., and NXP B.V., | CASE NO. 2:20-cv-01503-JHC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| IMPINJ, INC., | |
| Defendant. | |

The following Minute Order is made at the direction of the Court:

The Court will hear oral argument on the parties' pending motions for summary judgment at 10:00 a.m. on February 28, 2023. The Court advises the parties that oral argument will proceed as follows:

    (1) The Court will first hear argument on NXP's motion. Each side will get a maximum of 20 minutes. NXP will argue first, then Impinj. NXP may reserve time for rebuttal.

    (2) The Court will take a 10-minute break.

MINUTE ORDER - 1

(3) The Court will then hear argument on Impinj's motion. Each side will get a maximum of 20 minutes. Impinj will argue first, then NXP. Impinj may reserve time for rebuttal.

Counsel should be prepared to answer questions regarding the technology involved as well as the legal issues.

If the parties have any questions or concerns about the proposed format, please email Ashleigh Drecktrah.

Dated this 21st day of February 2023.

Ravi Subramanian  
Clerk

/s/Ashleigh Drecktrah  
Deputy Clerk

MINUTE ORDER - 2