THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NXP USA, INC., and NXP B.V., <br><br> Plaintiffs, <br><br> v. <br><br> IMPINJ, INC., <br><br> Defendant. | NO. 2:20-cv-01503-JHC <br><br> ORDER GRANTING AGREED MOTION TO SEAL DKT. 281-8 |

THIS MATTER having come before the Court on Plaintiffs NXP USA, Inc. and NXP B.V.'s and Defendant Impinj, Inc.'s Agreed Motion to Seal Dkt. 281-8, or Alternatively, Remove Dkt. 281-8 from the Docket, and the Court having reviewed and considered the motion and all associated papers filed in support, hereby ORDERS that the Agreed Motion to Seal Dkt. 281-8, or Alternatively, Remove Dkt. 281-8 from the Docket is GRANTED.

The Court hereby ORDERS the Clerk to maintain Dkt. 281-8 under seal.

DATED this 27th day of February, 2023.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING AGREED MOT. TO SEAL OR
REMOVE DKT. 281-8- 1  (Case No. 2:20-cv-01503-JHC)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

1  Presented by:

2  HARRIGAN LEYH FARMER & THOMSEN LLP

3  By: *s/ Tyler L. Farmer*
4  By: *s/ Chelsey L. Mam*
      Tyler L. Farmer, WSBA #39912
5     Chelsey L. Mam, WSBA #44609
      999 Third Avenue, Suite 4400
6     Seattle, WA 98104
      Tel:  (206) 623-1700
7     Fax:  (206) 623-8717
      Email: tylerf@harriganleyh.com
8     Email: chelseym@harriganleyh.com

9
      JONES DAY
10    Tharan Gregory Lanier (*admitted pro hac vice*)
11    Michael C. Hendershot (*admitted pro hac vice*)
12    1755 Embarcadero Road
13    Palo Alto, CA 94303
      Tel:  (650) 739-3939
14    Email:  tglanier@jonesday.com
      Email:  mhendershot@jonesday.com
15

16    Thomas W. Ritchie (*admitted pro hac vice*)
      Timothy J. Heverin (*admitted pro hac vice*)
17    Lisa L. Furby *(admitted pro hac vice)*
      110 North Wacker Drive, Suite 4800
18    Chicago, IL 60606
      Tel:  (312) 269-4003
19    Email:  twritchie@jonesday.com
      Email: tjheverin@jonesday.com
20    Email: lfurby@jonesday.com
21
      T. Kaitlin Crowder (*admitted pro hac vice*)
22    901 Lakeside Ave
      Cleveland, OH 44114
23    Tel:  (216) 586-7347
      Email:  kcrowder@jonesday.com
24

25

26

ORDER GRANTING AGREED MOT. TO SEAL OR REMOVE DKT. 281-8- 2  (Case No. 2:20-cv-01503-JHC)

1  Yury Kalish (*admitted pro hac vice*)
2  Tracy A. Stitt (*admitted pro hac vice*)
   51 Louisiana Avenue, N.W.
3  Washington D.C. 20001
   Tel: (202) 879-3939
4  Email: ykalish@jonesday.com
   Email: tastitt@jonesday.com
5
   Jonathan McNeal Smith (*admitted pro hac vice*)
6  JONES DAY
7  555 South Flower Street, Fiftieth Floor
   Los Angeles, CA 90071
8  Tel: (213) 243-2559
   Email: jonathansmith@jonesday.com
9
10 H. Albert Liou (*admitted pro hac vice*)
   JONES DAY
11 777 Texas, Suite 3300
   Houston, TX 77022-2712
12 Tel: (832) 239-3939
13 Email: aliou@jonesday.com

14  *Attorneys for NXP USA, Inc. and NXP B.V.*

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING AGREED MOT. TO SEAL OR REMOVE DKT. 281-8- 3 (Case No. 2:20-cv-01503-JHC)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

1  PERKINS COIE LLP

2

3  By: *s/ R. Tyler Kendrick*
       Ramsey M. Al-Salam, WSBA #18822
4      Christina J. McCullough, WSBA #47147
       Stevan R. Stark, WSBA #39639
5      R. Tyler Kendrick, WSBA #55094
       Jessica J. Delacenserie, WSBA #59896
6      1201 Third Avenue, Suite 4900
       Seattle, WA  98101-3099
7      Tel: 206.359.6385
       Fax: 206.359.9000
8      Email:  RAlSalam@perkinscoie.com
       Email:  CMcCullough@perkinscoie.com
9      Email:  SStark@perkinscoie.com
       Email:  RKendrick@perkinscoie.com
10     Email: JDelacenserie@perkinscoie.com

11

12     Daniel T. Keese (*pro hac vice*)
       PERKINS COIE LLP
13     1120 NW Couch St., 10th Floor
       Portland, OR 97209
14     Tel: 503.727.2131
       Fax: 503.346.2132
15     Email: DKeese@perkinscoie.com

16
   *Attorneys for Impinj, Inc.*
17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER GRANTING AGREED MOT. TO SEAL OR REMOVE DKT. 281-8- 4
(Case No. 2:20-cv-01503-JHC)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717