UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NXP USA, INC., and NXP B.V.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>IMPINJ, INC.,<br><br>　　　　　　Defendant. | CASE NO. 2:20-cv-01503-JHC<br><br>ORDER RE: SEALED SUMMARY JUDGMENT ORDER |

　　　　On March 10, 2023, the Court issued an order under seal addressing the parties' motions for summary judgment. *See* Dkt. # 380. The Court filed the order under seal in recognition of the fact that the order references materials that the parties previously identified as sensitive, confidential, or proprietary business information. But there is a "strong presumption in favor of access to court records." *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003).

　　　　The parties are DIRECTED to meet and confer regarding the need for redaction of this order. Within 14 days, the parties are ORDERED to file a joint statement indicating which portions of the order require redaction. The Court encourages the parties to bear in mind the

ORDER RE: SEALED SUMMARY JUDGMENT ORDER - 1

strong presumption in favor of access to judicial records—particularly decisions of the Court—and to propose redactions accordingly.

Dated this 10th day of March, 2023.

*John H. Chun*
John H. Chun
United States District Judge