UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NXP USA, INC., and NXP B.V., <br><br> Plaintiffs, <br><br> v. <br><br> IMPINJ, INC., <br><br> Defendant. | CASE NO. 2:20-cv-01503-JHC <br><br> ORDER RE: MOTION FOR RECONSIDERATION |

Before the Court is Impinj, Inc.'s motion for reconsideration (Dkt. # 393) of the Court's sua sponte order modifying its claim construction.  Pursuant to Local Civil Rule 7(h)(3), the Court DIRECTS NXP to file a response to the motion for reconsideration no later than Monday, March 20, 2023 at 5 p.m.  NXP's responsive brief shall not exceed twelve (12) pages in length (i.e., around the length of the motion).  No reply briefs shall be submitted unless otherwise requested.

The Court DIRECTS the Clerk to re-note Impinj's motion for reconsideration (Dkt. # 393) for March 20, 2023.

Dated this 15th day of March, 2023.

ORDER RE: MOTION FOR
RECONSIDERATION- 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

*[signature]*

John H. Chun
United States District Judge

ORDER RE: MOTION FOR
RECONSIDERATION- 2