UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NXP USA, INC., and NXP B.V., <br><br>　　　　　　Plaintiffs, <br><br>　v. <br><br> IMPINJ, INC., <br><br>　　　　　　Defendant. | CASE NO. 2:20-cv-01503-JHC <br><br> ORDER RE: MOTIONS TO SEAL |

　　　Before the Court are several motions to seal, found at Dkt. ## 312, 321, 336, 351.  The parties' requests to seal are reasonable.  The parties primarily wish to seal confidential technical, product, financial, and business information.  And they have circumscribed their requests carefully.  They filed redacted versions of each document when possible and limited their redactions to material that is genuinely sensitive or proprietary.

　　　Being fully advised, the Court GRANTS the motions to seal.  Dkt. ## 312, 321, 336, 351.  The Court reserves the right to revisit this decision at any time.  If the parties would like the Court to take any additional action on the docket, the parties should alert the Court.

　　　Dated this 16th day of March, 2023.

ORDER RE: MOTIONS TO SEAL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

John H. Chun
United States District Judge

ORDER RE: MOTIONS TO SEAL