UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NXP USA, INC., and NXP B.V.,<br><br>                  Plaintiffs,<br><br>    v.<br><br>IMPINJ, INC.,<br><br>                  Defendant. | CASE NO. 2:20-cv-01503-JHC<br><br>ORDER RE: TRIAL DATE AND CASE SCHEDULE |

      The Court STRIKES the current trial date and all related deadlines. The Court CONTINUES the trial to June 5, 2023.

      The parties are DIRECTED to meet and confer about a proposed case schedule leading up to trial. The parties must file a joint status report containing their proposed case schedule no later than March 28, 2023.

      The Court recognizes that the parties do not yet know which additional motions, if any, the Court will allow. The Court is inclined to allow additional motions that flow *directly* from the Court's modifications of its claim construction (in its sua sponte order, Dkt. # 375, and the summary judgment order, Dkt. # 380). In the joint status report, each party shall identify any

ORDER RE: MOTION FOR
RECONSIDERATION- 1

motions it hopes to file, and the opposing party shall indicate their position as to the filing of each motion.

Dated this 23rd day of March, 2023.

John H. Chun
United States District Judge

ORDER RE: MOTION FOR
RECONSIDERATION- 2