UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NXP USA, INC. and NXP B.V., <br><br>    Plaintiff, <br><br>    v. <br><br> IMPINJ, INC., <br><br>    Defendant. | No. 2:20-cv-01503-JHC <br><br> ORDER RE: MOTION TO SEAL |

This matter comes before the Court on Defendant Impinj, Inc.'s Motion to Seal Certain Documents Associated with its Omnibus Motion in Limine (the "Motion to Seal").  Dkt. # 386. Plaintiffs NXP USA, Inc. and NXP B.V.'s do not object to the sealing of the information referenced in the Motion to Seal.  Having considered the Motion to Seal and all papers filed in support thereof and being fully advised in the matter, it is hereby:

ORDERED that the Motion to Seal is GRANTED, and the Clerk is DIRECTED to file the following under seal:

- An unredacted copy of Impinj's Omnibus Motion in Limine; and
- Exhibits 1 and 3 to the Declaration of Jessica J. Delacenserie in Support of Impinj's Omnibus Motion in Limine.

1  DATED this 28th day of March, 2023.

　

_____
Judge John H. Chun
United States District Judge

ORDER RE: MOTION TO SEAL
(No. 2:20-cv-01503-JHC) – 2