UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NXP USA, INC., and NXP B.V., <br><br> Plaintiffs, <br><br> v. <br><br> IMPINJ, INC., <br><br> Defendant. | CASE NO. 2:20-cv-01503-JHC <br><br> ORDER RE: CASE SCHEDULE |

The Court hereby ENTERS the following case schedule, which tracks in large part the parties' proposal[1] (Dkt. # 415):

| Event | Date |
|---|---|
| NXP to serve revised '092 infringement expert report | April 1, 2023 |
| Impinj to serve revised '092 noninfringement expert report; Impinj to file summary judgment as to noninfringement of the '092 patent | April 7, 2023 (with noting date of April 24, 2023) |
| Impinj to serve revised '097 noninfringement and invalidity expert report and revised '092 invalidity expert report; Impinj to file summary judgment for noninfringement and invalidity with respect to the '097 patent | April 14, 2023 (with noting date of April 28, 2023) |

---

[1] The Court's only modifications to the parties' proposed schedule are (1) the date of the pretrial conference and (2) the start time of the trial.

ORDER RE: CASE SCHEDULE - 1

| | |
|---|---|
| NXP to file opposition to any motions filed on April 7, 2023 | April 17, 2023 |
| NXP to served rebuttal validity expert reports and to file opposition to any motions filed on April 14, 2023; Impinj to file reply to its April 7, 2023 motions | April 24, 2023 |
| Impinj to file reply to any motions filed on April 14, 2023 | April 28, 2023 |
| Motions in Limine | May 12, 2023 (with noting date May 23, 2023) |
| Pretrial Order | May 23, 2023 |
| Trial briefs, proposed voir dire questions and jury instructions | May 26, 2023 |
| Pretrial Conference | May 31, 2023 at 8:30 a.m. |
| Jury Trial | June 5, 2023 at 1:30 p.m.[2] |

The Court GRANTS Impinj leave to file the motions requested in the joint status report (Dkt. # 415). Impinj's motion for summary judgment as to the '092 Patent shall not exceed 2,500 words; NXP's response shall not exceed 2,500 words; and Impinj's optional reply shall not exceed 1,250 words. Impinj's motion for summary judgment as to the '097 Patent shall not exceed 3,800 words; NXP's response shall not exceed 3,800 words; and Impinj's optional reply shall not exceed 1,900 words.

The Court SETS the pretrial conference for May 31, 2023 at 8:30 a.m.

---

[2] While the Court recognizes that maintaining the June 5, 2023, trial date compresses the briefing timeline, this date is the only reasonably near-term date that accommodates the Court's calendar and the parties' trial in the California case.

ORDER RE: CASE SCHEDULE - 2

The Court DIRECTS the Clerk to re-note the pending motions in limine (Dkt. ## 382, 384, 389) for May 23, 2023.  The parties may not file additional motions in limine unless they receive leave from the Court to do so by the May 12 deadline set forth above.

Dated this 29th day of March, 2023.

John H. Chun
United States District Judge

ORDER RE: CASE SCHEDULE - 3