THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NXP USA, INC. and NXP B.V.,

                 Plaintiff,

     v.

IMPINJ, INC.,

                 Defendant.

No. 2:20-cv-01503-JHC

**ORDER GRANTING DEFENDANT'S MOTION TO SEAL CERTAIN DOCUMENTS ASSOCIATED WITH ITS SUPPLEMENTAL REPLY IN SUPPORT OF ITS MOTION TO EXCLUDE CERTAIN OPINIONS OF PLAINTIFFS' EXPERT DAVID A. HAAS**

This matter came before the Court on Defendant Impinj, Inc.'s ("Impinj") Motion to Seal Certain Documents Associated with its Supplemental Reply in Support of its Motion to Exclude Certain Opinions of Plaintiffs' Expert David A. Haas (the "Motion to Seal"). Plaintiffs NXP USA, Inc. and NXP B.V. (collectively, "Plaintiffs") have requested the sealing of the information referenced in the Motion to Seal. Having considered the Motion to Seal and all papers filed in support thereof and being fully advised in the matter, it is hereby:

ORDERED that the Motion to Seal is GRANTED, and the Clerk is ordered to file the following under seal:

- An unredacted copy of its Supplemental Reply in Support of its Motion to Exclude Certain Opinions of Plaintiffs' Expert David A. Haas; and

ORDER
(No. 2:20-cv-01503-JHC) – 1

1      •   An unredacted copy of the Declaration of Jessica J. Delacenserie in Support of Impinj's

2         Supplemental Reply in Support of its Motion to Exclude Certain Opinions of Plaintiffs'

3         Expert David A. Haas.

4

5

6     IT IS HEREBY SO ORDERED this 30th day of March, 2023.

7

8                              *John H. Chun*

                              Judge John H. Chun

9                               United States District Judge

10

11 Presented by:

12 */s/ Jessica J. Delacenserie*

13 Jessica J. Delacenserie, WSBA No. 59896
    PERKINS COIE LLP

14 1201 Third Avenue, Suite 4900
    Seattle, WA 98101-3099

15 Telephone: 206.359.8000
    Facsimile: 206.359.9000

16 Email: JDelacenserie@perkinscoie.com

17 **Attorneys for Defendant Impinj, Inc.**

18

19

20

21

22

23

24

25

26

ORDER
(No. 2:20-cv-01503-JHC) – 2