HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NXP USA, INC., and NXP B.V.,<br><br>        Plaintiffs,<br><br>   v.<br><br>IMPINJ, INC.,<br><br>        Defendant. | NO. 2:20-cv-01503-JHC<br><br>ORDER GRANTING NXP'S MOTION TO SEAL CERTAIN DOCUMENTS ASSOCIATED WITH PLAINTIFFS' SUPPLEMENTAL BRIEF IN OPPOSITION TO IMPINJ'S MOTION TO EXCLUDE CERTAIN OPINIONS OF DAVID A. HAAS |

This matter comes before the Court on Plaintiffs' Motion to Seal. *See* Dkt. # 408. The Court having reviewed and considered the motion and all associated papers filed in support of and in opposition to the motion, hereby GRANTS the motion.

DATED this 13th day of April, 2023.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING NXP'S MOTION TO SEAL CERTAIN DOCUMENTS ASSOCIATED WITH ITS SUPPLEMENTAL BRIEFING IN OPPOSITION TO IMPINJ'S MOTION FOR PARTIAL SUMMARY JUDGMENT - 1
(Case No. 2:20-cv-01503-JHC)