THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NXP USA, INC. and NXP B.V.,<br><br>        Plaintiffs,<br><br>   v.<br><br>IMPINJ, INC.,<br><br>        Defendant. | No. 2:20-cv-01503-JHC<br><br>ORDER GRANTING DEFENDANT'S MOTION TO SEAL RE RENEWED MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT AND INVALIDITY OF U.S. PATENT NO. 7,374,097 |

This matter comes before the Court on Defendant's Motion to Seal Re: Its Renewed Motion for Summary Judgment of Noninfringement and Invalidity of U.S. Patent No. 7,374,097. *See* Dkt. # 427. Plaintiffs indicate that they do not oppose the motion, *id.* at 8, so the motion is ripe for review. Having considered the motion and all papers filed in support thereof and being fully advised in the matter, it is hereby ORDERED that the motion to seal is GRANTED, and the Clerk is ordered to file the following under seal:

- Exhibit 1 to Impinj's Renewed Motion for Summary Judgment of Noninfringement and Invalidity of U.S. Patent No. 7,374,097;

- Ron Oliver Declaration submitted in support of Impinj's Renewed Motion for Summary Judgment of Noninfringement and Invalidity of U.S. Patent No. 7,374,097; and

- An unredacted copy of the Impinj's Renewed Motion for Summary Judgment of Noninfringement and Invalidity of U.S. Patent No. 7,374,097.

IT IS HEREBY SO ORDERED this 18th day of April, 2023.

*/s/ John H. Chun*

Judge John H. Chun
United States District Judge