THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NXP USA, INC., and NXP B.V.,<br><br>                Plaintiffs,<br><br>    v.<br><br>IMPINJ, INC.,<br><br>                Defendant. | NO. 2:20-cv-01503-JHC<br><br>ORDER GRANTING NXP USA, INC. AND NXP B.V.'S MOTION TO SEAL CERTAIN DOCUMENTS ASSOCIATED WITH PLAINTIFFS' OPPOSITION TO IMPINJ'S RENEWED MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT AND INVALIDITY OF U.S. PATENT NO. 7,374,097 |

THIS MATTER comes before the Court on NXP USA, Inc. and NXP B.V.'s (collectively "NXP") Motion to Seal. *See* Dkt. # 439. Having reviewed and considered the motion and along with all associated papers, the Court hereby GRANTS Plaintiffs' motion.

DATED this 8th day of May, 2023.

*/s/ John H. Chun*
_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING
PLAINTIFFS' MOTION TO SEAL CERTAIN
DOCUMENTS ASSOCIATED WITH PLAINTIFFS'
OPPOSITION TO IMPINJ'S RENEWED MOTION
FOR SUMMARY JUDGMENT – '097 PATENT - 1
(Case No. 2:20-cv-01503-JHC)