UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NXP USA, INC., and NXP B.V., <br><br>  Plaintiffs, <br><br> v. <br><br> IMPINJ, INC., <br><br>  Defendant. | CASE NO. 2:20-cv-01503-JHC <br><br> ORDER RE: MOTION TO SEAL |

Before the Court is Impinj, Inc.'s Motion to Seal Reply in Support of Renewed Motion for Summary Judgment of Non-Infringement and Invalidity of U.S. Patent No. 7,374,097. Dkt. # 446. The motion is unopposed. *Id.* at 7.

Being fully advised, the Court GRANTS the motion.

Dated this 17th day of May, 2023.

*[signature]*

John H. Chun
United States District Judge

ORDER RE: MOTION TO SEAL - 1