THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NXP USA, INC. and NXP B.V., <br><br> Plaintiff, <br><br> v. <br><br> IMPINJ, INC., <br><br> Defendant. | No. 2:20-cv-01503-JHC <br><br> **ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO RENOTE ITS MOTION TO DISMISS CLAIMS BY NXP USA, INC. FOR LACK OF STANDING** |

This matter came before the Court on Defendant's Unopposed Motion to Re-note its pending Motion to Dismiss Claims by NXP USA. Having considered Defendant's Unopposed Motion to Re-note and all papers filed in support thereof and being fully advised in the matter and having concluded that Impinj's Motion to Dismiss should be calendared before the start of trial on June 5, 2023, it is hereby ORDERED that the Motion to Re-note is GRANTED. Impinj's Motion to Dismiss (Dkt. No. 462) is re-noted to June 2, 2023.

//
//
//

IT IS HEREBY SO ORDERED this 17th day of May, 2023.

_Signature_

Judge John H. Chun
United States District Judge

ORDER
(No. 2:20-cv-01503-JHC) – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206-359-8000
Fax: 206-359-4000

1  Presented by:

3  */s/ Ramsey M. Al-Salam*
Ramsey M. Al-Salam, WSBA No. 18822
4  PERKINS COIE LLP
1201 Third Avenue, Suite 4900
5  Seattle, WA 98101-3099
Telephone: 206.359.8000
6  Facsimile: 206.359.9000
Email: RAlsalam@perkinscoie.com
7

8  **Attorney for Defendant Impinj, Inc.**

ORDER
(No. 2:20-cv-01503-JHC) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206-359-8000
Fax: 206-359-4000