1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NXP USA, INC., and NXP B.V.,

                  Plaintiffs,

     v.

IMPINJ, INC.,

                  Defendant.

CASE NO. 2:20-cv-01503-JHC

SUPPLEMENTAL BRIEFING ORDER

The Court hereby ORDERS the parties to provide supplemental briefs addressing the following questions:

(1) Is the primary innovation of the '097 Patent the addition of a "voltage-raising means" to an RFID circuit in order to compensate for voltage leakage?

(2) What element of Oowaki corresponds to the "control signal" in the '097 Patent?

(3) When solving the problem of voltage decreases in a memory circuit, why would a POSITA not look to solutions in DRAM memory (a type of memory circuit), even if that particular type of memory is not as popular in RFID tags?

(4) What does Impinj's TagFocus feature do? How does industry praise for TagFocus show that the '097 Patent is not obvious?

Each brief shall be filed no later than Wednesday, May 24 at 11:59 p.m.  Each brief shall not exceed 1,500 words.

Dated this 21st day of May, 2023.

John H. Chun
United States District Judge