UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NXP USA, INC., and NXP B.V.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>IMPINJ, INC.,<br><br>　　　　　Defendant. | CASE NO. 2:20-cv-01503-JHC<br><br>ORDER RE: MOTION FOR RECONSIDERATION |

Before the Court is Impinj, Inc.'s motion for reconsideration. Dkt. # 483. Pursuant to Local Civil Rule 7(h)(3), the Court DIRECTS NXP to file a response to the motion for reconsideration no later than Sunday, May 28, 2023 at 11:59 p.m. NXP's responsive brief shall not exceed 3,000 words. No reply briefs shall be submitted unless otherwise requested.[1]

Dated this 24th day of May, 2023.

John H. Chun
United States District Judge

---

[1] The motion for reconsideration also requests a trial continuance. If the Court grants the motion for reconsideration and grants Impinj's motion for summary judgment, the Court is not inclined to move the trial date. But if the Court denies Impinj's motion for reconsideration, the Court may continue the trial.

ORDER RE: MOTION FOR RECONSIDERATION - 1