UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NXP USA, INC., and NXP B.V., <br><br>              Plaintiffs, <br><br>   v. <br><br>IMPINJ, INC., <br><br>              Defendant. | CASE NO. 2:20-cv-01503-JHC <br><br> ORDER RE: MOTIONS TO SEAL |

Before the Court are several motions to seal.  *See* Dkt. ## 472, 479, 491, 500.  The motions are unopposed.  Being fully advised, the Court GRANTS the motions.

Dated this 9th day of June, 2023.

                                                         _John H. Chun_
                                                         John H. Chun
                                                         United States District Judge