UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NXP USA, INC., and NXP B.V., <br><br> Plaintiffs, <br><br> v. <br><br> IMPINJ, INC., <br><br> Defendant. | CASE NO. 2:20-cv-01503-JHC <br><br> ORDER |

Pursuant to Local Civil Rule 7(h)(3), the Court DIRECTS NXP to file a response to the motion for reconsideration (Dkt. # 527) no later than Wednesday, June 14th, 2023, at 12:00 p.m.[1] NXP's response shall not exceed four pages. NXP's response shall be limited to the following questions: Is Kindler's "25%" figure on which Haas relies as a proxy for his "read sensitivity" calculation based on the testimony of Oliver? If so, why is Haas's methodology more reliable than Kindler's?

Dated this 12th day of June, 2023.

---

[1] The parties should inform the Court if Kindler is anticipated to testify before this deadline.

ORDER - 1

John H. Chun
United States District Judge

ORDER - 2