UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NXP USA, INC., and NXP B.V.,<br><br>                    Plaintiffs,<br><br>      v.<br><br>IMPINJ, INC.,<br><br>                    Defendant. | CASE NO. 2:20-cv-01503-JHC<br><br>ORDER RE: IMPINJ'S MOTION FOR JUDGMENT AS A MATTER OF LAW |

      Before the Court is Impinj's motion for judgment as a matter of law under Federal Rule of Civil Procedure 50(a) as to infringement. Dkt. # 538. NXP opposes the motion. Dkt. # 542.

      Under Federal Rule of Civil Procedure 50(a)(1), "[i]f a party has been fully heard on an issue during a jury trial and the court finds that a reasonable jury would not have a legally sufficient evidentiary basis to find for the party on that issue," the Court may resolve that issue against the party. A motion for judgment as a matter of law under Rule 50(a) should be granted if "the evidence presented at trial permits only one reasonable conclusion." *Torres v. City of Los Angeles*, 548 F.3d 1197, 1205 (9th Cir. 2008) (quoting *Santos v. Gates*, 287 F.3d 846, 851 (9th Cir. 2002)). "[A] motion for a judgment as a matter of law is properly granted only if no reasonable juror could find in the non-moving party's favor." *Id.* (quoting *El–Hakem v. BJY*

ORDER RE: IMPINJ'S MOTION FOR JUDGMENT AS A MATTER OF LAW - 1

*Inc.*, 415 F.3d 1068, 1072 (9th Cir. 2005)).  "The evidence must be viewed in the light most favorable to the nonmoving party, and all reasonable inferences must be drawn in favor of that party."  *Id.* at 1205–06; *see also Powell v. Home Depot U.S.A., Inc.*, 663 F.3d 1221, 1228 (Fed. Cir. 2011) ("JMOL is appropriate when 'a reasonable jury would not have a legally sufficient evidentiary basis to find for the party on that issue.'" (quoting Fed. R. Civ. P. 50(a)(1))).

        The Court DENIES the motion (Dkt. # 538) without prejudice to any post-trial motion.

        Dated this 20th day of June, 2023.

John H. Chun<br>
United States District Judge

ORDER RE: IMPINJ'S MOTION FOR JUDGMENT AS A MATTER OF LAW - 2