HONORABLE JOHN H. CHUN

**ORIGINAL**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NXP USA, INC. and NXP B.V.,

    Plaintiffs,

v.

IMPINJ, INC.,

    Defendant.

NO. 2:20-cv-01503-JHC

VERDICT FORM

VERDICT FORM - 1
(Case No. 2:20-cv-01503-JHC)

**Instructions:** When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

As used herein:

"NXP" means NXP B.V.

"Impinj" means Impinj, Inc.

"'097 patent" refers to U.S. Patent No. 7,347,097

When you are asked a "Yes" or "No" question, you may indicate your answer by placing an "X" or a check mark on the line below your answer.

## QUESTIONS AND ANSWERS

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this court as our verdict in this case.

## FINDINGS ON INFRINGEMENT

**A.    Direct Infringement**

1. Has NXP proven by a preponderance of the evidence that Impinj directly infringed Claim 4 of the '097 patent?

*Answer the question regarding direct infringement with a "Yes" or a "No." "Yes" is a finding for NXP. "No" is a finding for Impinj.*

Yes _____    No ___No_____

**B.    Induced Infringement**

2. Has NXP proven by a preponderance of the evidence that Impinj induced infringement of Claim 1 of the '097 patent?

*Answer the question regarding induced infringement with a "Yes" or a "No." "Yes" is a finding for NXP. "No" is a finding for Impinj.*

Yes _____    No ___No_____

VERDICT FORM - 2
(Case No. 2:20-cv-01503-JHC)

**C.     Contributory Infringement**

3.     Has NXP proven by a preponderance of the evidence that Impinj contributorily infringed Claim 1 of the '097 patent?

*Answer the question regarding contributory infringement with a "Yes" or a "No." "Yes" is a finding for NXP. "No" is a finding for Impinj.*

|  Yes  |  No  |
| --- | --- |
|     | No  |

### FINDINGS ON INVALIDITY

4.     Has Impinj proven by clear and convincing evidence that either or both of Claims 1 and 4 of the '097 patent are invalid as obvious?

*Answer the question regarding obviousness with a "Yes" or a "No." "Yes" is a finding for Impinj. "No" is a finding for NXP.*

|  | Yes | No |
| --- | --- | --- |
| Claim 1: |  | No |
| Claim 4: |  | No |

VERDICT FORM - 3
(Case No. 2:20-cv-01503-JHC)

## FINDINGS ON DAMAGES (IF APPLICABLE)

If you determined that Impinj directly infringed, induced infringement, and/or contributorily infringed one or more claims of the '097 patent, and that the infringed claim(s) are not invalid, please complete the following section about damages. If not, please skip this section.

In awarding damages based on a reasonable royalty to compensate NXP for Impinj's infringing sales within the United States, complete the following:

Royalty Base:

$_____   

Royalty Rate:

_____%

Total damages for the period from October 4, 2019 to the present:

$_____

VERDICT FORM - 4
(Case No. 2:20-cv-01503-JHC)

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should then sign and date the verdict form in the spaces below and notify the Courtroom Deputy that you have reached a verdict. The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

Date: June 22, 2023                     By: _____
                                             Presiding Juror

VERDICT FORM - 5
(Case No. 2:20-cv-01503-JHC)