## UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NXP USA, INC., and NXP B.V.<br><br>      Plaintiffs,<br> v.<br><br>IMPINJ, INC.<br><br>      Defendant | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER 2:20-cv-01503-JHC |

☒   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT ORDERS:

(1) Based on the jury's responses on the jury verdict form (Dkt. ## 566, 567), the Court enters judgment of non-infringement and no invalidity as to U.S. Patent No. 7,374,097.

(2) The Court granted summary judgment of non-infringement to Impinj, Inc. as to U.S. Patent No. 7,257,092 (Dkt. # 505, including additional forthcoming reasoning provided by memorandum opinion); U.S. Patent No. 7,795,951 (Dkt. ## 380, 414); U.S. Patent No. 7,456,489 (Dkt. ## 242, 248); U.S. Patent No. 7,538,444 (Dkt. ## 242, 248); and U.S. Patent No. 8,415,769 (Dkt. ## 242, 248).

Dated June 27, 2023.

                                                  <u>Ravi Subramanian</u>
                                                  Clerk of Court

                                                  <u>*/s/Ashleigh Drecktrah*</u>
                                                  Deputy Clerk