THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NXP USA, INC. and NXP B.V., <br><br> Plaintiffs, <br><br> v. <br><br> IMPINJ, INC., <br><br> Defendant. | No. 2:20-cv-01503-JHC <br><br> ORDER GRANTING DEFENDANT'S MOTION TO SEAL RE MOTION FOR FEES |

Before the Court on Defendant's Motion to Seal.  *See* Dkt. # 581.  NXP "indicated that it would not oppose sealing documents that contain Impinj confidential information." *Id.* at 8.

The Court GRANTS the motion.  The Clerk is ordered to file the following under seal:

- Exhibit 1 of Ramsey M Al-Salam's Declaration in Support of Impinj's Motion for Fees.

- An unredacted copy of Impinj's Motion for Fees.

Dated this 12th day of July, 2023.

*John H. Chun*

Judge John H. Chun
United States District Judge

ORDER
(No. 2:20-cv-01503-JHC) – 1