THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NXP USA, INC. and NXP B.V.,<br><br>    Plaintiff,<br><br>v.<br><br>IMPINJ, INC.,<br><br>    Defendant. | No. 2:20-cv-01503-JHC<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND CERTAIN DEADLINES** |

This matter came before the Court on the parties' Stipulated Motion to Extend Certain Deadlines. It is hereby ORDERED that the Stipulated Motion is GRANTED.

NXP's Response to Impinj's Motion for Bill of Costs (Dkt. # 587) is now due August 7, 2023. The Clerk is directed to renote the Motion for Bill of Costs (Dkt. # 587) to August 11, 2023. Impinj's Response to NXP's Post-Trial Motion (Dkt. # 598) is now due August 14, 2023, and NXP's Reply is now due August 25, 2023. The Clerk is directed to renote NXP's Post-Trial Motion (Dkt. # 598) to August 25, 2023.

IT IS HEREBY SO ORDERED this 28th day of July, 2023.

*John H. Chun*

HON. JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER
(No. 2:20-cv-01503-JHC) – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206-359-8000
Fax: 206-359-4000

1  Presented by:

2

3  */s/ Ramsey M. Al-Salam*
   Ramsey M. Al-Salam, WSBA No. 18822
4  PERKINS COIE LLP
   1201 Third Avenue, Suite 4900
5  Seattle, WA 98101-3099
   Telephone: 206.359.8000
6  Facsimile: 206.359.9000
   Email: RAlsalam@perkinscoie.com
7
   **Attorney for Defendant Impinj, Inc.**
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER
(No. 2:20-cv-01503-JHC) – 2