THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NXP USA, INC., and NXP B.V., <br><br> Plaintiffs, <br><br> v. <br><br> IMPINJ, INC., <br><br> Defendant. | NO. 2:20-cv-01503-JHC <br><br> ORDER GRANTING MOTIONS TO SEAL |

Before the Court are two motions to seal: (1) NXP's motion to seal its response to Impinj's motion for attorney fees (Dkt. # 591), and (2) NXP's motion to seal its motion for judgment as a matter of law, or, in the alternative, a new trial (Dkt. # 595). Impinj does not oppose either motion to seal. *See* Dkt. ## 603, 604.

The Court hereby GRANTS the motions to seal (Dkt. ## 591, 595).

DATED this 8th day of August, 2023.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

(Case No. 2:20-cv-01503-JHC)