UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NXP USA, INC., and NXP B.V., <br><br> Plaintiffs, <br><br> v. <br><br> IMPINJ, INC., <br><br> Defendant. | CASE NO. 2:20-cv-01503-JHC <br><br> ORDER DIRECTING THE CLERK TO UNSEAL ORDER AT DOCKET 610 |

Before the Court is the joint statement from Plaintiffs NXP USA, Inc. and NXP B.V. and Defendant Impinj, Inc. (Dkt. # 612) regarding the Court's provisionally sealed order denying Plaintiffs' motion for judgment as a matter of law (Dkt. # 610). Because the parties agree that the Court's order does not require redaction, the Clerk is directed to unseal the order at Docket 610.

Dated this 26th day of September, 2023.

John H. Chun
United States District Judge